KATHRYN OLSON, SUPERVISORY TRIAL ATTORNEY
A. LUIS LUCERO, JR., REGIONAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
TEL: (206) 220-6895
FAX: (206) 220-6911
Kathryn.Olson@eeoc.gov

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. |
| Plaintiff, | |
| v. | COMPLAINT |
| OBERTO SAUSAGE COMPANY, | JURY TRIAL DEMAND |
| Defendant. | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of religion and to provide appropriate relief to Faduma Jama, Maryan Sheikhomar, Fadumo Omar, Sahra Dahir, Ismahan Bihi, and Koresho Mohammad. The Equal Employment Opportunity Commission ("Commission") alleges that Defendant Oberto Sausage Company ("Oberto") failed to accommodate Ms. Jama, Ms. Sheikhomar, Ms. Omar, Ms. Dahir, Ms. Bihi, and Ms. Mohammad's religious needs and discharged them on the basis of their religion

OBERTO SAUSAGE COMPANY COMPLAINT - PAGE 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

(Muslim).  Plaintiff seeks injunctive and monetary relief, including pecuniary and nonpecuniary compensatory and punitive damages, on behalf of Ms. Jama, Ms. Sheikhomar, Ms. Omar, Ms. Dahir, Ms. Bihi, and Ms. Mohammad.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington at Seattle.

## PARTIES

3.      Plaintiff Equal Employment Opportunity Commission is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4.      At all relevant times, Defendant Oberto has been a corporation continuously doing business in the State of Washington and has continuously had at least 15 employees.

5.      At all relevant times, Defendant Oberto has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit, Ms. Jama, Ms. Sheikhomar, Ms. Omar, Ms. Dahir, Ms. Bihi, and Ms. Mohammad filed charges with the Commission alleging violations of Title VII by Defendant Oberto.  All conditions precedent

OBERTO SAUSAGE COMPANY COMPLAINT - PAGE 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

to the institution of this lawsuit have been fulfilled.

7. Since on or about November 3, 2003, Defendant Oberto engaged in unlawful employment practices at its Seattle, Washington facility in violation of Civil Rights Act of 1964, §§ 703(a)(1), 42 U.S.C., 2000e-2(a)(1). Defendant Oberto affected the terms and conditions of Ms. Jama, Ms. Sheikhomar, Ms. Omar, Ms. Dahir, Ms. Bihi, and Ms. Mohammad's employment by failing to accommodate their religious needs and discharging them because of their religion.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Jama, Ms. Sheikhomar, Ms. Omar, Ms. Dahir, Ms. Bihi, and Ms. Mohammad of equal employment opportunities and otherwise adversely affect their status as employees because of their religion.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to Ms. Jama, Ms. Sheikhomar, Ms. Omar, Ms. Dahir, Ms. Bihi, and Ms. Mohammad's federally protected rights.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate on the basis of religion.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Ms. Jama, Ms. Sheikhomar, Ms. Omar, Ms. Dahir, Ms. Bihi, and Ms. Mohammad by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

eradicate the effects of its unlawful employment practices.

D. Order Defendant to make whole Ms. Jama, Ms. Sheikhomar, Ms. Omar, Ms. Dahir, Ms. Bihi, and Ms. Mohammad by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

E. Order Defendant to make whole Ms. Jama, Ms. Sheikhomar, Ms. Omar, Ms. Dahir, Ms. Bihi, and Ms. Mohammad by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

F. Order Defendant to pay Ms. Jama, Ms. Sheikhomar, Ms. Omar, Ms. Dahir, Ms. Bihi, and Ms. Mohammad punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

//
//
//
//
//
//
//
//
//

OBERTO SAUSAGE COMPANY COMPLAINT - PAGE 4

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this __5th__ day of ____January____, 2005.

| | |
|---|---|
| A. LUIS LUCERO, JR.<br>Regional Attorney | ERIC S. DREIBAND<br>General Counsel |
| KATHRYN OLSON<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| | GWENDOLYN YOUNG REAMS<br>Associate General Counsel |

BY:_____/s/ A. Luis Lucero, Jr._____

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Seattle District Office<br>909 First Avenue, Suite 400<br>Seattle, Washington 98104<br>Telephone (206) 220-6895 | Office of the General Counsel<br>1801 "L" Street, N.W.<br>Washington, D.C. 20507 |

Attorneys for Plaintiff

OBERTO SAUSAGE COMPANY COMPLAINT - PAGE 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882